UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT GONZALES, | ) | CV 08-3070-RGK (SH) |
| | ) | |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEDGPETH (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: <u>May 29, 2009</u>

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1